**Quarles & Brady** LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Jeffrey H. Wolf (011361)
jeffrey.wolf@quarles.com
D. Cody Huffaker (028907)
cody.huffaker@quarles.com
Attorneys for Plaintiff Nicolle Halbur

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLLE HALBUR acting individually and on behalf of MRS 1 Corp. f/k/a/ Adult Beverage Company, Inc., a Nevada corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFF KUDLA, TRACY REINHARDT,<br><br>          Defendants,<br><br>     -and-<br><br>MRS 1 CORP f/k/a/ ADULT BEVERAGE COMPANY, INC.,<br><br>          Nominal Defendant | NO. 2-12-CV-01120-SMM<br><br><br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that on July 30, 2013, Plaintiff and Defendants have reached an oral agreement to settle this matter.  Undersigned counsel has sent a draft settlement agreement to Defendants' counsel and the Parties expect the matter to be finalized within the next ten (10) days.

RESPECTFULLY SUBMITTED this 8th day of August, 2013.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391


By   */s/ Jeffrey H. Wolf*
          Jeffrey H. Wolf
          D. Cody Huffaker

Attorneys for Plaintiff Nicolle Halbur

QB\147331.00003\22218042.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel identified on the Court-generated Notice of Electronic Filing.

*/s/ Donna Marie Reid*