Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Jeffrey H. Wolf (011361)
jeffrey.wolf@quarles.com
D. Cody Huffaker (028907)
cody.huffaker@quarles.com

Attorneys for Plaintiff Nicolle Halbur

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLLE HALBUR acting individually and on behalf of MRS 1 Corp. f/k/a/ Adult Beverage Company, Inc., a Nevada corporation,<br><br>Plaintiff,<br>v.<br>JEFF KUDLA, TRACY REINHARDT,<br><br>Defendants,<br>-and-<br>MRS 1 CORP f/k/a/ ADULT BEVERAGE COMPANY, INC.,<br><br>Nominal Defendant | NO. 2-12-CV-01120-SMM<br><br>**STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE** |

Plaintiff Nicolle Halbur and Defendants MRS 1 Corporation, Tracy Reinhardt, and Jeff Kudla have reached a settlement in this matter, and hereby stipulate and jointly move the Court to dismiss this case with prejudice.  Each party will bear its own attorneys' fees and costs.  A proposed form of Order is submitted herewith.

RESPECTFULLY SUBMITTED this 4th day of October, 2013.

| | |
|---|---|
| 1 | |
| 2 | QUARLES & BRADY LLP<br>Renaissance One<br>Two North Central Avenue |
| 3 | Phoenix, AZ  85004-2391 |
| 4 | |
| 5 | By   /s/ D. Cody Huffaker<br>        Jeffrey H. Wolf |
| 6 |         D. Cody Huffaker |
| 7 | Attorneys for Plaintiff Nicolle Halbur |
| 8 | Jeffrey S. Benice, Esq.<br>Law Offices of Jeffrey S. Benice |
| 9 | 3080 Bristol Street, Suite 630<br>Costa Mesa, CA  92626 |
| 10 | 714.641.3600<br>714.641.3600 - Fax |
| 11 | By: _____ |
| 12 |       Jeffrey S. Benice<br>      Attorney for Defendants Tracy Reinhardt<br>      and Jeff Kudla |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel identified on the Court-generated Notice of Electronic Filing.

/s/ Kim Simmons