**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicolle Halbur, | No. CV-12-01120-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Jeff Kudla, et al., | |
| Defendants. | |

Pending before the court is the parties' Stipulation and Joint Motion to Dismiss with Prejudice. (Doc. 30).

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Wednesday, October 10, 2013, at 2:00 p.m.**

DATED this 8th day of October, 2013.

Stephen M. McNamee
Senior United States District Judge